UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA LEWIS,<br><br>                              Plaintiff,<br><br>                -against-<br><br>SOCIAL SECURITY ADMINISTRATION,<br>ET AL.,<br><br>                              Defendants. | 20-CV-9277 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 9, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 9, 2020
         New York, New York

                                                    _Louis L. Stanton_
                                                      Louis L. Stanton
                                                         U.S.D.J.